EDWARD P. FURLONG, Appellant, *v.* ROBERT GAIR et al., Respondents.

(Argued November 17, 1883 ; decided November 27, 1883.)

*Truman H. Baldwin* for appellant.

*Rastus H. Ransom* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JOHN W. BROWN, Appellant, *v.* CHARLES C. SMITH et al., Respondents.

(Argued November 19, 1883 ; decided November 27, 1883.)

*Hugo Hirsh* for appellant.

*Charles C. Smith* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

FIRST NATIONAL BANK OF MONTROSE, Appellant, *v.* WILLIAM B. HARWOOD, Impleaded, etc., Respondent.

(Argued November 20, 1883; decided November 27, 1883.)

*B. F. Einstein* for appellant.

*J. M. Ferguson* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.